AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  OBERDORFER, LOUIS F | 2. Court or Organization  U.S. DISTRICT COURT | 3. Date of Report  05/15/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - SNR STAT | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address  *2429*  ROOM 2269, U.S. COURTHOUSE  3RD & CONSTITUTION, NW  WASHINGTON, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. TRUSTEE | TRUST #2 |
| 3. TRUSTEE | TRUSTS #8-11 |
| 4. TRUSTEE | TRUST U/A ▮▮▮▮▮▮▮▮ TRUST #12 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN -2 A 11: 06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS | | | | | | | | | |
| 2. IBM | B | Dividend | M | T | | | | | |
| 3. JOHNSON & JOHNSON | C | Dividend | M | T | Part Sale | 9/13 | K | E | |
| 4. BP AMOCO PLC | C | Dividend | M | T | | | | | |
| 5. CHEVRONTEXACO CORP | B | Dividend | L | T | | | | | |
| 6. GENERAL ELECTRIC | B | Dividend | L | T | | | | | |
| 7. DOW CHEMICAL | B | Dividend | L | T | | | | | |
| 8. HUBBELL INC | B | Dividend | K | T | | | | | |
| 9. GENERAL MILLS | B | Dividend | K | T | | | | | |
| 10. SPRINT CORP PCS COM SER 1 | | None | | | Name Change | 8/12 | | | TO SPRINT NEXTEL CORP |
| 11. SPRINT NEXTEL CORP | A | Dividend | J | T | | | | | |
| 12. GANNETT | A | Dividend | K | T | | | | | |
| 13. CATERPILLAR | A | Dividend | K | T | | | | | |
| 14. ARCHSTONE SMITH TRUST | B | Dividend | K | T | | | | | |
| 15. ARCHSTONE SMITH TRUST | A | Distribution | | | | | | | |
| 16. EQUITY RESIDENTIAL PPTYS | C | Dividend | M | T | | | | | |
| 17. EQUITY RESIDENTIAL PPTYS | C | Distribution | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes       P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)           Q =Appraisal              V =Other                    S =Assessment
                             U =Book Value                                         W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JEFFERSON PILOT CORP | B | Dividend | K | T | | | | | |
| 19. NORTHROP CORP | A | Dividend | K | T | | | | | |
| 20. XCEL ENERGY INC | C | Dividend | L | T | | | | | |
| 21. NEWMONT MNG CORP | A | Dividend | | | Buy | 3/18 | K | | |
| 22. NEWMONT MNG CORP | | | | | Sold | 9/13 | K | | |
| 23. | | | | | | | | | |
| 24. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 25. COLUMBIA ACORN TRUST | E | Distribution | | | | | | | |
| 26. COLUMBIA ACORN TRUST | B | Dividend | N | T | Part Sale | 9/15 | K | E | |
| 27. NEUBERGER BERMAN GUARDIAN | A | Dividend | L | T | | | | | |
| 28. SCUDDER INTERNATIONAL | A | Dividend | K | T | | | | | |
| 29. VANGUARD WINDSOR FUND | C | Dividend | M | T | | | | | |
| 30. VANGUARD WINDSOR FUND | D | Distribution | | | | | | | |
| 31. SOLOMON BROS INV FUND | B | Dividend | K | T | | | | | |
| 32. FEDERATED AUTOMATED GOVT MONEY TRUST | B | Dividend | | | Name Change | | | | TO BLACKROCK MM FUNDS |
| 33. BLACKROCK MM FUNDS | C | Dividend | M | T | | | | | |
| 34. FED NATL MTG ASSN 5.5% 9/16/16 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US T NTS 3.375% 1/15/07 | B | Interest | L | T | | | | | |
| 36. US T NTS 4.375% 5/15/07 | D | Interest | M | T | | | | | |
| 37. SELECT SECTOR SPDR FUND - UTILITIES | C | Dividend | M | T | | | | | |
| 38. FED HOME LN MTG 4.25% 5/4/09 | B | Interest | | | Call | 5/4 | L | A | |
| 39. FED HOME LN BK 2.375% 2/15/06 | C | Interest | M | T | | | | | |
| 40. FED FARM CREDIT 3/% 12/17/07 | C | Interest | M | T | | | | | |
| 41. US T NTS 4.25% 11/15/13 | C | Interest | | | Sold | 12/12 | L | A | |
| 42. FED HOME LOAN BANK 4.250% 5/16/08 | B | Interest | L | T | Buy | 5/16 | L | | |
| 43. FED HOME LOAN BANK 4.040% 4/25/07 | A | Interest | K | T | Buy | 7/25 | K | | |
| 44. FED HOME LOAN BANK 4.250% 9/14/07 | | None | L | T | Buy | 9/15 | L | | |
| 45. FED HOME LOAN BANK 4.125% 4/12/07 | | None | K | T | Buy | 11/21 | K | | |
| 46. FRENCH DISC T BILL 6/16/05 | | None | | | Buy | 3/15 | L | | |
| 47. FRENCH DISC T BILL 6/16/05 | | None | | | Mature | 6/16 | L | | |
| 48. FRENCH DISC T BILL 9/15/05 | | None | | | Buy | 3/15 | L | | |
| 49. FRENCH DISC T BILL 9/15/05 | | None | | | Mature | 9/15 | L | | |
| 50. | | | | | | | | | |
| 51. MUNICIPAL BONDS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NORFOLK VA 5.0% 6/1/05 | A | Interest | | | Mature | 6/1 | K | A | |
| 53. VA STATE GO 5.0% 6/1/08 | B | Interest | | | Call | 6/1 | K | A | |
| 54. VA BEACH 5.4% 7/15/09 | B | Interest | K | T | | | | | |
| 55. ROANOKE VA 5.0% 2/1/14 | B | Interest | K | T | | | | | |
| 56. VA COLLEGE BLDG AUTH 5.0% 8/1/10 | B | Interest | K | T | | | | | |
| 57. RICHMOND VA 4.0% 7/15/11 | B | Interest | L | T | | | | | |
| 58. LYNCHBURG VA 3.5% 6/1/10 | B | Interest | L | T | | | | | |
| 59. LOUDOUN CNTY VAR% 2/15/38 | A | Interest | K | T | Buy | 11/22 | K | | |
| 60. | | | | | | | | | |
| 61. ▓▓▓▓▓LOTS | | None | K | S | | | | | |
| 62. *PROPERTY OWNED ▓▓▓-INCOME & VALUE ▓ ▓▓=1/2 VALUE | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. RIGGS NATIONAL BANK, WASHINGTON, D.C. | | None | | | Name Change | | | | TO PNC BANK |
| 65. PNC BANK | A | Interest | M | T | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COMMON STOCKS | | | | | | | | | |
| 70. UNION PACIFIC CORP. | | | | | | | | | |
| 71. JOHNSON & JOHNSON | | | | | Part Sale | 9/13 | K | E | |
| 72. ANADARKO PETE | | | | | | | | | |
| 73. AMGEN | | | | | Part Sale | 9/13 | K | E | |
| 74. CHEVRONTEXACO CORP | | | | | | | | | |
| 75. GENERAL ELECTRIC | | | | | | | | | |
| 76. FOREST LABS | | | | | | | | | |
| 77. ROYAL DUTCH PETE CO. | | | | | Merger | 7/20 | | | WITH ROYAL DUTCH SHELL |
| 78. ROYAL DUTCH SHELL | | | | | | | | | |
| 79. VIACOM INC. | | | | | | | | | |
| 80. NEXTEL COMM. INC. | | | | | Merger | 8/12 | | | INTO SPRINT NEXTEL CORP |
| 81. SPRINT NEXTEL CORP | | | | | | | | | |
| 82. AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 83. JEFFERSON PILOT CORP | | | | | Sold | 9/13 | K | C | |
| 84. XCEL ENERGY, INC. | | | | | | | | | |
| 85. NORTHROP CORP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 87. COLUMBIA ACORN TRUST | | | | | Part Sale | 9/15 | L | E | |
| 88. NEUBERGER BERMAN GUARDIAN | | | | | | | | | |
| 89. FEDERATED AUTOMATED GOVT MONEY TRUST | | | | | Name Change | | | | TO BLACKROCK MM FUNDS |
| 90. BLACKROCK MM FUNDS | | | | | | | | | |
| 91. SCUDDER INTERNATIONAL FUND | | | | | | | | | |
| 92. VANGUARD WINDSOR FUND | | | | | | | | | |
| 93. US T NTS 3.5% 11/15/06 | | | | | | | | | |
| 94. US T NTS 7.5% 2/15/05 | | | | | | | | | |
| 95. US T NTS 5.625% 2/15/06 | | | | | Mature | 2/15 | K | | |
| 96. US T NTS 4.375% 5 /15/07 | | | | | | | | | |
| 97. SELECT SECTOR SPDR FUND - UTILITIES | | | | | | | | | |
| 98. US T NTS 4.25% 11/15/13 | | | | | | | | | |
| 99. VANGUARD INDEX TR 500 | | | | | | | | | |
| 100. FED HOME LOAN MTG 4.25% 5/4/09 | | | | | Call | 5/4 | K | A | |
| 101. VANGUARD TOTAL INTL STOCK INDEX | | | | | Buy | 9/16 | L | | |
| 102. VANGUARD UTILITIES INDEX | | | | | Buy | 11/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FED HOME LOAN MTG 4.125% 9/27/06 | | | | | Buy | 9/27 | K | | |
| 104. FED HOME LOAN BANK 4.250% 5/16/08 | | | | | Buy | 5/16 | K | | |
| 105. | | | | | | | | | |
| 106. MUNICIPAL BONDS | | | | | | | | | |
| 107. FAIRFAX CNTY VA REDEV 4.1% 6/1/08 | | | | | | | | | |
| 108. FAIRFAX CNTY VA REDEV 4.25% 6/1/10 | | | | | | | | | |
| 109. ROANOKE VA 5.0% 8/1/12 | | | | | | | | | |
| 110. FAIRFAX CNTY VA 3.25% 6/1/10 | | | | | | | | | |
| 111. RICHMOND VA 4.0% 7/15/11 | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. AGGREGATE - SEE NOTE PART VIII | E | int/div | O | T | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. COMMON STOCKS | | | | | | | | | |
| 121. AMSOUTH BANCORP | D | Dividend | N | T | | | | | |
| 122. COCA COLA CO | E | Dividend | O | T | | | | | |
| 123. J P MORGAN CHASE | E | Dividend | O | T | | | | | |
| 124. IBM | C | Dividend | N | T | | | | | |
| 125. WACHOVIA CORP | E | Dividend | P1 | T | | | | | |
| 126. SUNTRUST BANKS | D | Dividend | M | T | | | | | |
| 127. TORCHMARK CORP | E | Dividend | P1 | T | Part Sale | 9/13 | M | G | |
| 128. WADDELL & REED | D | Dividend | N | T | | | | | |
| 129. BP AMOCO PLC | D | Dividend | N | T | | | | | |
| 130. MERCK & CO INC | D | Dividend | | | Part Sale | 2/2 | L | E | |
| 131. MERCK & CO INC | | | | | Sold | 10/7 | L | E | |
| 132. MEDCO | | None | K | T | | | | | |
| 133. AMGEN | | None | O | T | | | | | |
| 134. CHEVRONTEXACO CORP | C | Dividend | M | T | | | | | |
| 135. GENERAL ELECTRIC | D | Dividend | N | T | | | | | |
| 136. DOW CHEMICAL CO | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. GENERAL MILLS | C | Dividend | L | T | | | | | |
| 138. CATERPILLAR INC. | B | Dividend | L | T | | | | | |
| 139. JEFFERSON PILOT CORP | C | Dividend | M | T | | | | | |
| 140. XCEL ENERGY INC | D | Dividend | M | T | | | | | |
| 141. EQUITY RESIDENTIAL PPTYS | D | Dividend | M | T | | | | | |
| 142. EQUITY RESIDENTIAL PPTYS | C | Distribution | | | | | | | |
| 143. NEWMONT MNG CORP | A | Dividend | L | T | Buy | 3/18 | K | | |
| 144. | | | | | | | | | |
| 145. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 146. COLUMBIA ACORN TRUST | E | Distribution | | | | | | | |
| 147. COLUMBIA ACORN TRUST | D | Dividend | O | T | | | | | |
| 148. SCUDDER INTERNATIONAL | C | Dividend | M | T | | | | | |
| 149. VANGUARD WINDSOR FUND | D | Dividend | M | T | | | | | |
| 150. VANGUARD WINDSOR FUND | E | Distribution | | | | | | | |
| 151. FEDERATED AUTOMATED GOVT MONEY TRUST | B | Dividend | | | Name Change | | | | TO BLACKROCK MM FUNDS |
| 152. BLACKROCK MM FUNDS | C | Dividend | M | T | | | | | |
| 153. SELECT SECTOR SPDR FUND -UTILITIES | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FED HOME LOAN MTG 4.25% 5/4/09 | C | Interest | | | Call | 5/4 | M | B | |
| 155. FED FARM CREDIT 3.0% 12/17/07 | C | Interest | K | T | Part Sale | 12/8 | L | | |
| 156. FED HOME LOAN BANK 2.375% 2/15/06 | C | Interest | M | T | | | | | |
| 157. US T NTS 4.25% 11/15/13 | C | Interest | | | Sold | 12/12 | L | B | |
| 158. VANGUARD INDEX TR 500 | B | Dividend | M | T | | | | | |
| 159. FED HOME LOAN MTG 4.125% 9/27/06 | | None | L | T | Buy | 9/27 | L | | |
| 160. FED HOME LOAN BANK 4.125% 4/12/07 | | None | K | T | Buy | 11/21 | K | | |
| 161. FED HOME LOAN BANK 4.250% 5/16/08 | C | Interest | M | T | Buy | 5/16 | M | | |
| 162. FED HOME LOAN BANK 4.250% 9/14/07 | | None | M | T | Buy | 9/15 | M | | |
| 163. FED HOME LOAN BANK 4.040% 4/25/07 | B | Interest | L | T | Buy | 7/25 | L | | |
| 164. | | | | | | | | | |
| 165. MUNICIPAL BONDS | | | | | | | | | |
| 166. NORFOLK VA 5.0% 6/1/05 | B | Interest | | | Mature | 6/1 | L | B | |
| 167. VA STATE GO 5.0% 6/1/08 | C | Interest | | | Call | 6/1 | M | C | |
| 168. VA BEACH 5.4% 7/15/09 | C | Interest | L | T | | | | | |
| 169. ROANOKE VA 5.0% 2/1/14 | B | Interest | K | T | | | | | |
| 170. VA COLLEGE BLDG AUTH 5.0% 8/1/10 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FAIRFAX CNTY 4.25% 6/1/09 | C | Interest | L | T | | | | | |
| 172. LYNCHBURG VA 3.5% 6/1/10 | C | Interest | M | T | | | | | |
| 173. RICHMOND VA 4.0% 7/15/11 | C | Interest | M | T | | | | | |
| 174. LOUDOUN CNTY VAR % 2/15/38 | A | Interest | K | T | Buy | 11/22 | K | | |
| 175. | | | | | | | | | |
| 176. MUTUAL FUNDS/T NOTES | | | | | | | | | |
| 177. US T NTS 4.375% 5/15/07 | B | Interest | K | T | | | | | |
| 178. FED NATL MTG ASSN 5.5% 9/16/16 | B | Interest | K | T | | | | | |
| 179. FRENCH DISC T BILL 6/16/05 | | None | | | Buy | 3/15 | L | | |
| 180. FRENCH DISC T BILL 6/16/05 | | None | | | Mature | 6/16 | L | | |
| 181. FRENCH DISC T BILL 9/15/05 | | None | | | Buy | 3/15 | L | | |
| 182. FRENCH DISC T BILL 9/15/05 | | None | | | Mature | 9/15 | L | | |
| 183. | | | | | | | | | |
| 184. SAVINGS ACCOUNTS | | | | | | | | | |
| 185. FIRST VA BANK, FALLS CHURCH | | None | | | Name Change | | | | TO BB&T BANK |
| 186. BB&T BANK | A | Interest | K | T | | | | | |
| 187. RIGGS NAT'L BANK, WASHINGTON DC | | None | | | Name Change | | | | TO PNC BANK |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type(e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PNC BANK | A | Interest | L | T | | | | | |
| 189. | | | | | | | | | |
| 190. REAL ESTATE-SEE PART VIII FOR ASSESSMENT DATA | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. ████████LOTS | | None | K | S | | | | | |
| 193. *PROPERTY OWNED ████INCOME & VALUE█ █-1/2 VALUE | | | | | | | | | |
| 194. 1/6 INT A&L WEIL FARM | A | Interest | J | T | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. COMMON STOCKS | | | | | | | | | |
| 206. WACHOVIA CORP NEW | | | | | | | | | |
| 207. GENERAL ELECTRIC | | | | | Part Sale | 8/22 | K | D | |
| 208. GENERAL ELECTRIC | | | | | Part Sale | 9/9 | K | D | |
| 209. AMERICAN INTL GROUP | | | | | Part Sale | 4/7 | K | E | |
| 210. AMERICAN INTL GROUP | | | | | Part Sale | 8/22 | K | E | |
| 211. AMERICAN INTL GROUP | | | | | Part Sale | 9/9 | K | E | |
| 212. NEXTEL COMM | | | | | Part Sale | 1/7 | K | D | |
| 213. NEXTEL COMM | | | | | Merger | 8/12 | | | INTO SPRINT NEXTEL CORP |
| 214. SPRINT NEXTEL CORP | | | | | | | | | |
| 215. ROYAL DUTCH PETE | | | | | Merger | 7/20 | | | INTO ROYAL DUTCH SHELL |
| 216. ROYAL DUTCH SHELL | | | | | | | | | |
| 217. IBM CORP | | | | | Sold | 12/9 | K | D | |
| 218. CISCO SYS INC. | | | | | | | | | |
| 219. STATE STREET CORP | | | | | Sold | 9/9 | J | B | |
| 220. ADOBE SYS INC | | | | | | | | | |
| 221. ANALOG DEVICES INC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ANHEUSER BUSCH COS | | | | | Sold | 3/30 | J | | |
| 223. AVAYA INC | | | | | Sold | 2/1 | J | | |
| 224. AVON PRODS INC | | | | | Part Sale | 8/5 | J | | |
| 225. AVON PRODS INC | | | | | Sold | 11/4 | J | | |
| 226. BED BATH & BEYOND | | | | | Sold | 2/28 | J | | |
| 227. CITIGROUP INC | | | | | | | | | |
| 228. DELL INC | | | | | Sold | 10/4 | J | | |
| 229. GOLDMAN SACHS GROUP | | | | | Part Sale | 10/18 | J | | |
| 230. INTEL CORP | | | | | | | | | |
| 231. LEXMARK INTL GROUP | | | | | Sold | 6/20 | J | | |
| 232. MEDTRONIC INC | | | | | | | | | |
| 233. MICROSOFT CORP | | | | | Buy | 9/14 | J | | |
| 234. UNITEDHEALTH GROUP | | | | | Buy | 11/29 | J | | |
| 235. VIACOM INC | | | | | | | | | |
| 236. WALMART STORES INC | | | | | | | | | |
| 237. YAHOO INC | | | | | Part Sale | 7/28 | J | | |
| 238. MOTOROLA INC | | | | | Buy | 3/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. MONSANTO CO NEW | | | | | | | | | |
| 240. BIOMET INC | | | | | Sold | 9/7 | J | | |
| 241. VARIAN MEDICAL SYSTEMS | | | | | Sold | 5/2 | J | | |
| 242. GAP INC | | | | | Part Sale | 6/29 | J | | |
| 243. GAP INC | | | | | Sold | 7/12 | J | | |
| 244. PG&E CORP | | | | | | | | | |
| 245. FIFTH THIRD BANCORP | | | | | Sold | 5/27 | J | | |
| 246. HERSHEY FOODS | | | | | Part Sale | 8/19 | J | A | |
| 247. MCDONALDS CORP | | | | | Part Sale | 9/6 | J | A | |
| 248. CLOROX COMPANY | | | | | Sold | 7/20 | J | A | |
| 249. ENTERGY CORP COM NEW | | | | | Sold | 10/21 | J | A | |
| 250. INTEL CORP | | | | | | | | | |
| 251. QUALCOMM INC | | | | | | | | | |
| 252. INTUIT | | | | | Sold | 5/16 | J | | |
| 253. SPRINT CORP FON | | | | | Name Change | 8/12 | | | TO SPRINT NEXTEL CORP |
| 254. SPRINT NEXTEL CORP | | | | | | | | | |
| 255. DEVON ENERGY CORP | | | | | Buy | 3/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. NIKE INC CLASS B | | | | | Buy | 3/28 | J | | |
| 257. NIKE INC CLASS B | | | | | Part Sale | 12/29 | J | | |
| 258. VERISIGN INC | | | | | Buy | 6/20 | J | | |
| 259. VERISIGN INC | | | | | Sold | 8/22 | J | | |
| 260. SYMANTEC CORP COM | | | | | Sold | 7/22 | J | | |
| 261. LOWES COS INC | | | | | Buy | 8/15 | J | | |
| 262. PEPSICO INC | | | | | Buy | 9/1 | J | | |
| 263. APPLIED MATERIALS COM | | | | | Buy | 9/8 | J | | |
| 264. AFFYMETRIX INC | | | | | Buy | 9/13 | J | | |
| 265. AFFYMETRIX INC | | | | | Sold | 10/11 | J | | |
| 266. ALLEGHENY TECHNOLOGIES | | | | | Buy | 9/13 | J | | |
| 267. ASSOCIATED BANC CORP | | | | | Buy | 9/13 | J | | |
| 268. AVERY DENNISON CORP | | | | | Buy | 9/13 | J | | |
| 269. BJS WHOLESALE CLUB INC | | | | | Buy | 9/13 | J | | |
| 270. BJS WHOLESALE CLUB INC | | | | | Sold | 12/12 | J | | |
| 271. BARD C R INC | | | | | Buy | 9/13 | J | | |
| 272. BRINKER INTL INC | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. BRINKER INTL INC | | | | | Buy | 9/23 | J | | |
| 274. COOPER COS INC | | | | | Buy | 9/13 | J | | |
| 275. COOPER COS INC | | | | | Sold | 11/28 | J | | |
| 276. COMMUNITY HEALTH SYS | | | | | Buy | 9/13 | J | | |
| 277. BAXTER INTL INC | | | | | Buy | 1/3 | J | | |
| 278. BAXTER INTL INC | | | | | Buy | 1/27 | J | | |
| 279. BAXTER INTL INC | | | | | Buy | 2/28 | J | | |
| 280. BAXTER INTL INC | | | | | Sold | 4/21 | J | | |
| 281. EBAY INC | | | | | Buy | 2/7 | J | | |
| 282. TYCO INTL LTD | | | | | Buy | 2/28 | J | | |
| 283. TYCO INTL LTD | | | | | Buy | 5/6 | J | | |
| 284. TYCO INTL LTD | | | | | Part Sale | 10/21 | J | | |
| 285. ALLSTATE CORP COM | | | | | Buy | 3/21 | J | | |
| 286. ALLSTATE CORP COM | | | | | Sold | 4/13 | J | | |
| 287. FEDERATED DEPT STORES | | | | | Buy | 7/13 | J | | |
| 288. FEDERATED DEPT STORES | | | | | Buy | 11/3 | J | | |
| 289. NETWORK APPLIANCE INC | | | | | Buy | 7/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. NETWORK APPLIANCE INC | | | | | Sold | 11/16 | J | | |
| 291. PROCTER & GAMBLE | | | | | Buy | 7/27 | J | | |
| 292. PROCTER & GAMBLE | | | | | Buy | 8/19 | J | | |
| 293. GENWORTH FINL INC | | | | | Buy | 7/27 | J | | |
| 294. MEDCO HEALTH SOLUTIONS | | | | | Buy | 8/10 | J | | |
| 295. MEDCO HEALTH SOLUTIONS | | | | | Sold | 11/14 | J | | |
| 296. UNITED TECHNOLOGIES CORP | | | | | Buy | 6/1 | J | | |
| 297. UNITED TECHNOLOGIES CORP | | | | | Buy | 11/29 | J | | |
| 298. PRINCIPAL FINL GROUP | | | | | Buy | 6/20 | J | | |
| 299. LEHMAN BROS HLDGS | | | | | Buy | 6/20 | J | | |
| 300. NORTHROP GRUMMAN | | | | | Buy | 8/1 | J | | |
| 301. GALLAGHER ARTHUR | | | | | Buy | 9/13 | J | | |
| 302. GENTEX CORP | | | | | Buy | 9/13 | J | | |
| 303. GENTEX CORP | | | | | Buy | 10/31 | J | | |
| 304. GENTEX CORP | | | | | Part Sale | 11/1 | J | | |
| 305. GOODRICH CORP | | | | | Buy | 9/13 | J | | |
| 306. GRAINGER W W INC | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. INVITROGEN CORP | | | | | Buy | 9/13 | J | | |
| 308. JOY GLOBAL INC | | | | | Buy | 9/13 | J | | |
| 309. JOY GLOBAL INC | | | | | Part Sale | 10/4 | J | | |
| 310. JOY GLOBAL INC | | | | | Part Sale | 12/21 | J | | |
| 311. KINETIC CONCEPTS | | | | | Buy | 9/13 | J | | |
| 312. KINETIC CONCEPTS | | | | | Buy | 9/26 | J | | |
| 313. KINETIC CONCEPTS | | | | | Buy | 10/24 | J | | |
| 314. KINETIC CONCEPTS | | | | | Buy | 11/2 | J | | |
| 315. LAMAR ADVERTISING CO | | | | | Buy | 9/13 | J | | |
| 316. MANPOWER INC | | | | | Buy | 9/13 | J | | |
| 317. MICROCHIP TECHNOLOGY | | | | | Buy | 9/13 | J | | |
| 318. MILLER HERMAN | | | | | Buy | 9/13 | J | | |
| 319. NOBLE ENERGY | | | | | Buy | 9/13 | J | | |
| 320. PACTIV CORP | | | | | Buy | 9/13 | J | | |
| 321. PETCO ANIMAL SUPPLIES | | | | | Buy | 9/13 | J | | |
| 322. PROTECTIVE LIFE CORP | | | | | Buy | 9/13 | J | | |
| 323. RALCORP HLDGS CORP | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. SEI INVTS CO | | | | | Buy | 9/13 | J | | |
| 325. CDW CORP | | | | | Buy | 9/13 | J | | |
| 326. CELGENE CORP | | | | | Buy | 9/13 | J | | |
| 327. CELGENE CORP | | | | | Part Sale | 11/16 | J | | |
| 328. COGNOS INC | | | | | Buy | 9/13 | J | | |
| 329. COTT CORP QUE | | | | | Buy | 9/13 | J | | |
| 330. COTT CORP QUE | | | | | Part Sale | 11/22 | J | | |
| 331. DICKS SPORTING GOODS | | | | | Buy | 9/13 | J | | |
| 332. DOLLAR TREE STORES | | | | | Buy | 9/13 | J | | |
| 333. DOLLAR TREE STORES | | | | | Buy | 12/7 | J | | |
| 334. DOVER CORP COM | | | | | Buy | 9/13 | J | | |
| 335. EXPEDITORS INTL WASH | | | | | Buy | 9/13 | J | | |
| 336. EXPEDITORS INTL WASH | | | | | Part Sale | 11/7 | J | | |
| 337. EXPEDITORS INTL WASH | | | | | Part Sale | 11/28 | J | | |
| 338. FACTSET RESH SYS | | | | | Buy | 9/13 | J | | |
| 339. FISHER SCIENTIFIC INTL | | | | | Buy | 9/13 | J | | |
| 340. FISHER SCIENTIFIC INTL | | | | | Part Sale | 12/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. FEDERATED INVS INC | | | | | Buy | 9/13 | J | | |
| 342. SCRIPPS E W CO | | | | | Buy | 9/13 | J | | |
| 343. SOUTH FINL GROUP | | | | | Buy | 9/13 | J | | |
| 344. MIDCAP SPDR TR | | | | | Buy | 9/13 | J | | |
| 345. MIDCAP SPDR TR | | | | | Part Sale | 12/29 | J | | |
| 346. TELEPHONE & DATA SYS | | | | | Buy | 9/13 | J | | |
| 347. THOMAS & BETTS CORP | | | | | Buy | 9/13 | J | | |
| 348. TIFFANY & CO | | | | | Buy | 9/13 | J | | |
| 349. UNITED STATES CELLULAR | | | | | Buy | 9/13 | J | | |
| 350. VULCAN MATLS | | | | | Buy | 9/13 | J | | |
| 351. WEATHERFORD INTL | | | | | Buy | 9/13 | J | | |
| 352. SCHERING-PLOUGH | | | | | Buy | 9/15 | J | | |
| 353. SCHERING-PLOUGH | | | | | Buy | 10/4 | J | | |
| 354. SCHERING--PLOUGH | | | | | Buy | 11/29 | J | | |
| 355. ZEBRA TECHNOLOGIES | | | | | Buy | 11/10 | J | | |
| 356. DUN & BRADSTREET | | | | | Buy | 10/27 | J | | |
| 357. DUN & BRADSTREET | | | | | Buy | 11/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. ACE LTD CAYMAN | | | | | Buy | 10/31 | J | | |
| 359. ACE LTD CAYMAN | | | | | Buy | 11/29 | J | | |
| 360. ANNTAYLOR STORES | | | | | Buy | 11/22 | J | | |
| 361. AMGEN INC | | | | | Buy | 11/29 | J | | |
| 362. ALTRIA GROUP INC | | | | | Buy | 11/29 | J | | |
| 363. FIRST DATA CORP | | | | | Buy | 12/8 | J | | |
| 364. | | | | | | | | | |
| 365. MUTUAL FUNDS/BONDS | | | | | | | | | |
| 366. SCUDDER LARGE COMPANY VALUE FD | | | | | | | | | |
| 367. CITIBANK MDA SHORT TERM | | | | | | | | | |
| 368. NEWPORT NEWS VA 3/1/06 | | | | | | | | | |
| 369. VA STATE PUB BLDG 3.75% 8/1/05 | | | | | Mature | 8/1 | K | | |
| 370. VA COMMONWEALTH UNIV 5.0% 5/1/15 | | | | | | | | | |
| 371. OLD WESTBURY FDS | | | | | Buy | 8/22 | K | | |
| 372. | | | | | | | | | |
| 373. AGGREGATE - SEE NOTE PART VIII | D | int/div | O | T | | | | | |
| 374. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | | H1 =$1,000,001 - $5,000,000 | G =$100,001 - $1,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. COMMON STOCKS | | | | | | | | | |
| 376. JOHNSON & JOHNSON | | | | | Part Sale | 9/9 | K | E | |
| 377. EXCELSIOR BELNDED EQUITY | | | | | Part Sale | 9/13 | K | E | |
| 378. EXCELSIOR VALUE & RESTR FUND | | | | | | | | | |
| 379. CISCO SYS INC. | | | | | Part Sale | 9/9 | J | A | |
| 380. IBM | | | | | Sold | 12/9 | J | C | |
| 381. NEXTEL COMM. INC. | | | | | Sold | 1/7 | J | D | |
| 382. AMERICAN INT'L GROUP INC. | | | | | Sold | 3/21 | J | | |
| 383. MSD&T FDS INC TAX-EX MM FUND | | | | | | | | | |
| 384. CITIGROUP INC | | | | | Part Sale | 7/27 | J | A | |
| 385. GENERAL ELECTRIC CO | | | | | | | | | |
| 386. STATE STREET CORP | | | | | Sold | 9/9 | J | A | |
| 387. ADOBE SYS INC | | | | | | | | | |
| 388. AMERICAN EXPRESS CO | | | | | | | | | |
| 389. AMERIPRISE FINANCIAL | | | | | Spinoff | 10/3 | | | FROM AMERICAN EXPRESS CO |
| 390. ANALOG DEVICES INC | | | | | Part Sale | 8/11 | J | | |
| 391. ANHEUSER BUSCH COS | | | | | Sold | 3/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. AVAYA INC | | | | | Part Sale | 1/31 | J | | |
| 393. AVAYA INC | | | | | Sold | 2/11 | J | | |
| 394. AVON PRODS INC | | | | | Part Sale | 8/5 | J | | |
| 395. AVON PRODS INC | | | | | Sold | 11/4 | J | | |
| 396. BAKER HUGHES INC | | | | | | | | | |
| 397. BED BATH & BEYOND | | | | | Sold | 2/28 | J | | |
| 398. DEERE & CO | | | | | Sold | 5/24 | J | | |
| 399. DELL INC | | | | | Sold | 9/15 | J | | |
| 400. GAP INC | | | | | Part Sale | 6/29 | J | | |
| 401. GAP INC | | | | | Sold | 7/12 | J | | |
| 402. GOLDMAN SACHS GROUP | | | | | Part Sale | 10/18 | J | A | |
| 403. INTEL CORP | | | | | | | | | |
| 404. HONEYWELL INTL INC | | | | | Part Sale | 5/6 | J | | |
| 405. HONEYWELL INTL INC | | | | | Sold | 7/12 | J | | |
| 406. LEXMARK INTL INC | | | | | Sold | 6/20 | J | | |
| 407. MCDONALDS CORP | | | | | Part Sale | 9/6 | J | A | |
| 408. MEDTRONIC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ ˙NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. MICROSOFT | | | | | Buy | 9/14 | J | | |
| 410. 3M CO | | | | | | | | | |
| 411. UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 412. UNITEDHEALTH GROUP | | | | | | | | | |
| 413. WAL MART STORES | | | | | Part Sale | 8/19 | J | | |
| 414. YAHOO INC | | | | | Parat Sale | 7/28 | J | A | |
| 415. VIACOM INC | | | | | | | | | |
| 416. GILEAD SCIENCES INC | | | | | Part Sale | 11/14 | J | A | |
| 417. DEVON ENERGY CORP | | | | | | | | | |
| 418. MOTOROLA INC | | | | | Buy | 3/16 | J | | |
| 419. OLD WESTBURY FDS INC | | | | | Buy | 8/19 | K | | |
| 420. MONSANTO CO/NEW | | | | | | | | | |
| 421. HERSHEY FOODS CORP | | | | | Part Sale | 8/19 | J | A | |
| 422. BIOMET INC | | | | | Sold | 9/7 | J | | |
| 423. VARIAN MED SYS | | | | | Sold | 5/2 | J | | |
| 424. SPRINT CORP | | | | | Name Chanage | 8/12 | | | TO SPRINT NEXTEL CORP |
| 425. SPRINT NEXTEL CORP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. CLOROX CO | | | | | Sold | 7/20 | J | | |
| 427. PG&E CORP | | | | | | | | | |
| 428. FIFTH THIRD BANCORP | | | | | Sold | 5/27 | J | | |
| 429. ENTERGY CORP NEW | | | | | Sold | 10/21 | J | A | |
| 430. INTUIT | | | | | Sold | 5/16 | J | | |
| 431. QUALCOMM INC | | | | | | | | | |
| 432. NIKE INC | | | | | Buy | 3/28 | J | | |
| 433. NIKE INC | | | | | Sold | 12/29 | J | | |
| 434. VERISIGN INC | | | | | Buy | 6/8 | J | | |
| 435. VERISIGN INC | | | | | Sold | 8/22 | J | | |
| 436. SYMANTEC CORP | | | | | Sold | 7/22 | J | | |
| 437. BAXTER INTL INC | | | | | Buy | 1/3 | J | | |
| 438. BAXTER INTL INC | | | | | Buy | 1/24 | J | | |
| 439. BAXTER INTL INC | | | | | Buy | 3/25 | J | | |
| 440. BAXTER INTL INC | | | | | Sold | 4/21 | J | | |
| 441. EBAY INC | | | | | Buy | 2/7 | J | | |
| 442. CELGENE CORP | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. TYCO INTL LTD | | | | | Buy | 2/28 | J | | |
| 444. TYCO INTL LTD | | | | | Buy | 5/6 | J | | |
| 445. TYCO INTL LTD | | | | | Part Sale | 10/21 | J | | |
| 446. SOUTH FINANCIAL GROUP | | | | | Buy | 9/13 | J | | |
| 447. COMMUNITY HEALTH SYSTEMS | | | | | Buy | 9/13 | J | | |
| 448. COOPER COS INC | | | | | Buy | 9/13 | J | | |
| 449. COOPER COS INC | | | | | Sold | 11/28 | J | | |
| 450. PRINCIPAL FIN GROUP | | | | | Buy | 5/25 | J | | |
| 451. BRINKER INTL INC | | | | | Buy | 9/13 | J | | |
| 452. BRINKER INTL INC | | | | | Buy | 9/23 | J | | |
| 453. GOODRICH CORP | | | | | Buy | 9/13 | J | | |
| 454. MICROCHIP TECHNOLOGY | | | | | Buy | 9/13 | J | | |
| 455. RALCORP HOLDINGS | | | | | Buy | 9/13 | J | | |
| 456. TIFFANY & CO | | | | | Buy | 9/13 | J | | |
| 457. ASSOCIATED BANC CORP | | | | | Buy | 9/13 | J | | |
| 458. LEHMAN BROS | | | | | Buy | 6/20 | J | | |
| 459. FEDERATED INVESTORES | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. AVERY DENNISON CORP | | | | | Buy | 9/13 | J | | |
| 461. FISHER SCIENTIFIC INTL | | | | | Buy | 9/13 | J | | |
| 462. FISHER SCIENTIFIC INTL | | | | | Sold | 12/20 | J | | |
| 463. INVITROGEN CORP | | | | | Buy | 9/13 | J | | |
| 464. COTT CORP QUE | | | | | Buy | 9/13 | J | | |
| 465. COTT CORP QUE | | | | | Part Sale | 11/22 | J | | |
| 466. CDW CORP | | | | | Buy | 9/13 | J | | |
| 467. JOY GLOBAL INC | | | | | Buy | 9/13 | J | | |
| 468. JOY GLOBAL INC | | | | | Sold | 10/4 | J | | |
| 469. DICK'S SPORTING GOODS | | | | | Buy | 9/13 | J | | |
| 470. DOVER CORP | | | | | Buy | 9/13 | J | | |
| 471. FACTSET RESEARCH SYSTEMS | | | | | Buy | 9/13 | J | | |
| 472. MILLER HERMAN INC | | | | | Buy | 9/13 | J | | |
| 473. GENWORTH FINANCIAL INC | | | | | Buy | 7/27 | J | | |
| 474. KINETIC CONCEPTS | | | | | Buy | 9/13 | J | | |
| 475. KINETIC CONCEPTS | | | | | Buy | 9/20 | J | | |
| 476. KINETIC CONCEPTS | | | | | Buy | 10/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. KINETIC CONCEPTS | | | | | Buy | 11/2 | J | | |
| 478. ZEBRA TECHNOLOGIES CORP | | | | | Buy | 11/10 | J | | |
| 479. SEI INVESTMENT CO | | | | | Buy | 9/13 | J | | |
| 480. SCRIPPS E W CO | | | | | Buy | 9/13 | J | | |
| 481. NORTHROP GRUMMAN | | | | | Buy | 8/1 | J | | |
| 482. THOMAS & BETTS | | | | | Buy | 9/13 | J | | |
| 483. VULCAN MATERIALS CO | | | | | Buy | 9/13 | J | | |
| 484. GALLAGHER ARTHUR J & CO | | | | | Buy | 9/13 | J | | |
| 485. MEDCO HEALTH SOLUTIONS | | | | | Buy | 8/9 | J | | |
| 486. MEDCO HEALTH SOLUTIONS | | | | | Sold | 11/14 | J | | |
| 487. BARD C R INC | | | | | Buy | 9/13 | J | | |
| 488. PEPSICO INC | | | | | Buy | 9/1 | J | | |
| 489. MANPOWER INC | | | | | Buy | 9/13 | J | | |
| 490. S&P MID-CAP DEP RECPT | | | | | Buy | 9/13 | J | | |
| 491. PROTECTIVE LIFE CORP | | | | | Buy | 9/13 | J | | |
| 492. NOBLE ENERGY INC | | | | | Buy | 9/13 | J | | |
| 493. NOBLE ENERGY INC | | | | | Buy | 12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. APPLIED MATERIALS INC | | | | | Buy | 9/8 | J | | |
| 495. EXPEDITORS INTL WASHINGTON | | | | | Buy | 9/13 | J | | |
| 496. EXPEDITORS INTL WASHINGTON | | | | | Part Sale | 11/7 | J | | |
| 497. EXPEDITORS INTL WASHINGTON | | | | | Part Sale | 11/16 | J | | |
| 498. ALTRIA GROUP | | | | | Buy | 9/1 | J | | |
| 499. ALTRIA GROUP | | | | | Buy | 11/29 | J | | |
| 500. FEDERATED DEPT STORES | | | | | Buy | 6/29 | J | | |
| 501. FEDERATED DEPT STORES | | | | | Buy | 7/8 | J | | |
| 502. FEDERATED DEPT STORES | | | | | Buy | 11/3 | J | | |
| 503. DOLLAR TREE STORES | | | | | Buy | 9/13 | J | | |
| 504. DOLLAR TREE STORES | | | | | Buy | 12/7 | J | | |
| 505. GRAINGER W W INC | | | | | Buy | 9/13 | J | | |
| 506. LAMAR ADVERTISING CO | | | | | Buy | 9/13 | J | | |
| 507. PETCO ANIMAL SUPPLIES | | | | | Buy | 9/13 | J | | |
| 508. TELEPHONE & DATA SYSTEMS | | | | | Buy | 9/13 | J | | |
| 509. LOWES COS INC | | | | | Buy | 7/20 | J | | |
| 510. ALLEGHENY TECHNOLOGIES | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. ANNTAYLOR STORES | | | | | Buy | 11/22 | J | | |
| 512. SCHERING-PLOUGH | | | | | Buy | 9/15 | J | | |
| 513. SCHERING-PLOUGH | | | | | Buy | 10/4 | J | | |
| 514. SCHERING-PLOUGH | | | | | Buy | 11/29 | J | | |
| 515. AMGEN INC | | | | | Buy | 11/29 | J | | |
| 516. ACE LTD ORD | | | | | Buy | 10/31 | J | | |
| 517. ACE LTD ORD | | | | | Buy | 11/17 | J | | |
| 518. GENTEX CORP | | | | | Buy | 9/13 | J | | |
| 519. GENTEX CORP | | | | | Part Sale | 11/2 | J | | |
| 520. FIRST DATA CORP | | | | | Buy | 12/8 | J | | |
| 521. PACTIV CORP | | | | | Buy | 9/13 | J | | |
| 522. AFFYMETRIX INC | | | | | Buy | 9/13 | J | | |
| 523. AFFYMETRIX INC | | | | | Sold | 10/11 | J | | |
| 524. BJS WHOLESALE CLUB | | | | | Buy | 9/13 | J | | |
| 525. BJS WHOLESALE CLUB | | | | | Sold | 12/12 | J | | |
| 526. COGNOS INC | | | | | Buy | 9/13 | J | | |
| 527. PROCTER & GAMBLE | | | | | Buy | 7/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. PROCTER & GAMBLE | | | | | Buy | 8/26 | J | | |
| 529. NETWORK APPLIANCE INC | | | | | Buy | 7/18 | J | | |
| 530. NETWORK APPLIANCE INC | | | | | Sold | 11/16 | J | | |
| 531. ALLSTATE | | | | | Buy | 3/21 | J | | |
| 532. ALLSTATE | | | | | Sold | 4/13 | J | | |
| 533. WEATHERFORD INTL | | | | | Buy | 9/13 | J | | |
| 534. DUN & BRADSTREET | | | | | Buy | 10/27 | J | | |
| 535. DUN & BRADSTREET | | | | | Buy | 11/2 | J | | |
| 536. | | | | | | | | | |
| 537. MUNICIPAL BONDS | | | | | | | | | |
| 538. VIRGINIA ST PUB BLDG AUTH 5.0% 8/1/14 | | | | | | | | | |
| 539. | | | | | | | | | |
| 540. | | | | | | | | | |
| 541. AGGREGATE-SEE NOTE PART VIII | | None | M | T | | | | | |
| 542. | | | | | | | | | |
| 543. | | | | | | | | | |
| 544. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. COMMON STOCKS | | | | | | | | | |
| 546. MERCANTILE FUNDS GOVT MM | | | | | | | | | |
| 547. UNILEVER NV | | | | | | | | | |
| 548. INGERSOLL RAND CO | | | | | | | | | |
| 549. NESTLE | | | | | | | | | |
| 550. EMERSON ELECTRIC | | | | | | | | | |
| 551. ILLINOIS TOOL WORKS | | | | | | | | | |
| 552. SCHLUMBERGER LTD. | | | | | | | | | |
| 553. UNITED PARCEL SVC | | | | | | | | | |
| 554. AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 555. MICROSOFT CORP | | | | | | | | | |
| 556. WALT DISNEY CO. | | | | | Buy | 3/9 | J | | |
| 557. MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | | | | | |
| 558. ANHEUSER BUSCH COS | | | | | Buy | 3/9 | J | | |
| 559. GENERAL MILLS INC | | | | | | | | | |
| 560. INTUIT | | | | | Sold | 3/11 | J | | |
| 561. 3M CO | | | | | Buy | 3/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. VANGUARD INDEX TR SMALL CAP | | | | | Buy | 6/23 | K | | |
| 563. NIKE INC CLASS B | | | | | Buy | 11/17 | J | | |
| 564. DELL INC | | | | | Buy | 11/17 | J | | |
| 565. CISCO SYSTEMS | | | | | Buy | 11/17 | J | | |
| 566. SPRINT NEXTEL CORP | | | | | Buy | 11/17 | J | | |
| 567. | | | | | | | | | |
| 568. MUNICIPAL BONDS | | | | | | | | | |
| 569. MD STATE 5.125% 10/15/10 | | | | | Call | 10/15 | L | A | |
| 570. HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 571. MD STATE CMNTY DEV 4.3% 4/1/09 | | | | | | | | | |
| 572. HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 573. | | | | | | | | | |
| 574. | | | | | | | | | |
| 575. | | | | | | | | | |
| 576. AGGREGATE-SEE NOTE PART VIII | None | | M | T | | | | | |
| 577. | | | | | | | | | |
| 578. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. COMMON STOCKS | | | | | | | | | |
| 580. TORCHMARK | | | | | | | | | |
| 581. BRISTOL MYERS SQUIBB | | | | | | | | | |
| 582. JOHNSON & JOHNSON | | | | | | | | | |
| 583. GENERAL ELECTRIC CO | | | | | | | | | |
| 584. UNILEVER NV | | | | | | | | | |
| 585. INGERSOLL RAND | | | | | | | | | |
| 586. 3M CO. | | | | | | | | | |
| 587. NESTLE | | | | | Buy | 3/14 | J | | |
| 588. RPM INC. OHIO | | | | | | | | | |
| 589. EMERSON ELECTRIC CO. | | | | | | | | | |
| 590. ILLINOIS TOOL WORKS | | | | | | | | | |
| 591. SCHLUMBERGER LTD | | | | | | | | | |
| 592. UNITED PARCEL SVC | | | | | | | | | |
| 593. AUTOMATIC DATA PROCESSING INC | | | | | | | | | |
| 594. MICROSOFT CORP | | | | | | | | | |
| 595. WALT DISNEY CO. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | | | | | |
| 597. ANHEUSER BUSCH COS | | | | | Buy | 3/14 | J | | |
| 598. INTUIT | | | | | Sold | 3/16 | J | | |
| 599. GENERAL MILLS INC | | | | | Buy | 3/14 | J | | |
| 600. DELL INC | | | | | Buy | 11/22 | J | | |
| 601. CISCO SYSTEMS | | | | | Buy | 11/22 | J | | |
| 602. SPRINT NEXTEL | | | | | Buy | 11/22 | J | | |
| 603. NIKE INC | | | | | Buy | 11/22 | J | | |
| 604. VANGUARD TOTAL INTL STOCK INDEX | | | | | Buy | 6/24 | L | | |
| 605. VANGUARD INDEX TR SMALL CAP | | | | | Buy | 6/24 | K | | |
| 606. | | | | | | | | | |
| 607. MUTUAL FUNDS/T-NOTES/BONDS | | | | | | | | | |
| 608. MERCANTILE FUNDS GOVT MM | | | | | | | | | |
| 609. MOBILE ALA 10.875% 11/1/07 | | | | | Part Call | 11/1 | J | | ● |
| 610. BALTIMORE MD PORT FACS 6.5% 12/1/10 | | | | | | | | | |
| 611. MD ST 5.125% 10/15/10 | | | | | Call | 10/15 | L | A | |
| 612. HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 614. FED HOME LOAN BANK 4.125% 4/12/07 | | | | | Buy | 11/21 | K | | |
| 615. MONTGOMERY AL SPL CARE FACS 3.47% 12/1/30 | | | | | Buy | 11/23 | K | | |
| 616. UNIV ALA UNIV REVS HOSP 2.9% 9/1/31 | | | | | Buy | 12/1 | K | | |
| 617. | | | | | | | | | |
| 618. | | | | | | | | | |
| 619. AGGREGATE-SEE NOTE PART VIII | | None | N | T | | | | | |
| 620. | | | | | | | | | |
| 621. | | | | | | | | | |
| 622. | | | | | | | | | |
| 623. | | | | | | | | | |
| 624. | | | | | | | | | |
| 625. | | | | | | | | | |
| 626. | | | | | | | | | |
| 627. | | | | | | | | | |
| 628. | | | | | | | | | |
| 629. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. COMMON STOCKS | | | | | | | | | |
| 631. PEPSICO INC. | | | | | | | | | |
| 632. JOHNSON & JOHNSON | | | | | | | | | |
| 633. MERCK & CO | | | | | Part Sale | 2/10 | K | E | |
| 634. MERCK & CO | | | | | Sold | 7/28 | K | E | |
| 635. MEDCO | | | | | Sold | 11/14 | K | E | |
| 636. SCHERING PLOUGH | | | | | Part Sale | 9/9 | K | E | |
| 637. BERKSHIRE HATHAWAY, INC. | | | | | | | | | |
| 638. BP AMOCO | | | | | | | | | |
| 639. WALT DISNEY CO. | | | | | | | | | |
| 640. BRISTOL MYERS SQUIBB | | | | | Part Sale | 9/9 | K | E | |
| 641. GENERAL ELECTRIC | | | | | | | | | |
| 642. ROYAL DUTCH PETE CO. | | | | | Exchange | 7/20 | | | FOR ROYAL DUTCH SHELL |
| 643. ROYAL DUTCH SHELL | | | | | | | | | |
| 644. IBM CORP. | | | | | Sold | 12/9 | L | E | |
| 645. MSD&T FDS INC TAX-EXEMPT MM FUND | | | | | | | | | |
| 646. ORACLE CORP. | | | | | Sold | 9/9 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. APPLIED MATERIALS INC. | | | | | Buy | 9/8 | J | | |
| 648. CITIGROUP INC. | | | | | Part Sale | 7/27 | J | A | |
| 649. STATE STREET CORP | | | | | Sold | 9/9 | K | C | |
| 650. AMERICAN INTL GROUP INC | | | | | Sold | 4/6 | K | B | |
| 651. ADOBE SYS INC | | | | | | | | | |
| 652. AMERICAN EXPRESS CO | | | | | | | | | |
| 653. AMERIPRISE FINANCIAL INC | | | | | Spinoff | 10/3 | | | FROM AMERICAN EXPRESS |
| 654. ANALOG DEVICES INC | | | | | | | | | |
| 655. AVAYA INC | | | | | Sold | 2/1 | J | | |
| 656. AVON PRODS INC | | | | | Sold | 11/4 | J | | |
| 657. BAKER HUGHES INC | | | | | | | | | |
| 658. BANK OF AMERICA CORP | | | | | Buy | 6/14 | J | | |
| 659. BED BATH & BEYOND | | | | | Sold | 2/28 | J | | |
| 660. CISCO SYS INC | | | | | Buy | 2/14 | J | | |
| 661. CISCO SYS INC | | | | | Buy | 9/15 | J | | |
| 662. DEERE & CO | | | | | Sold | 5/24 | J | A | |
| 663. DELL INC | | | | | Sold | 9/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. GAP INC | | | | | Part Sale | 6/29 | J | | |
| 665. GAP INC | | | | | Sold | 7/12 | K | | |
| 666. GOLDMAN SACHS GROUP | | | | | Part Sale | 10/18 | J | A | |
| 667. INTEL CORP | | | | | | | | | |
| 668. LEXMARK INTL INC | | | | | Sold | 6/20 | J | | |
| 669. MCDONALDS CORP | | | | | Part Sale | 9/6 | K | C | |
| 670. MEDTRONIC INC | | | | | | | | | |
| 671. MELLON FINANCIAL CORP | | | | | | | | | |
| 672. MICROSOFT CORP | | | | | Buy | 9/14 | K | | |
| 673. 3M CO | | | | | | | | | |
| 674. UNITED TECHNOLOGIES CORP | | | | | Buy | 5/23 | J | | |
| 675. UNITEDHEALTH GROUP | | | | | | | | | |
| 676. VIACOM INC | | | | | | | | | |
| 677. WAL MART STORES | | | | | | | | | |
| 678. WELLS FARGO & CO | | | | | Sold | 8/29 | J | A | |
| 679. YAHOO INC | | | | | | | | | |
| 680. DEVON ENERGY CORP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. MOTOROLA INC | | | | | Buy | 3/16 | J | | |
| 682. MONSANTO CO/NEW | | | | | | | | | |
| 683. HERSHEY FOODS CORP | | | | | Part Sale | 8/19 | J | B | |
| 684. BIOMET INC | | | | | Sold | 9/7 | J | | |
| 685. ANHEUSER BUSCH COS | | | | | Sold | 3/30 | K | | |
| 686. VARIAN MED SYS INC | | | | | Sold | 5/2 | J | | |
| 687. SPRINT CORP | | | | | Name Change | 8/12 | | | TO SPRINT NEXTEL CORP |
| 688. SPRINT NEXTEL CORP | | | | | | | | | |
| 689. CLOROX CO | | | | | Sold | 7/20 | K | B | |
| 690. PG&E CORP | | | | | | | | | |
| 691. FIFTH THIRD BANCORP | | | | | Sold | 5/27 | J | | |
| 692. ENTERGY CORP NEW | | | | | Sold | 10/21 | J | A | |
| 693. INTUIT | | | | | Sold | 5/16 | J | | |
| 694. QUALCOMM INC | | | | | | | | | |
| 695. NIKE INC | | | | | Buy | 3/28 | J | | |
| 696. NIKE INC | | | | | Sold | 12/29 | K | A | |
| 697. VERISIGN INC | | | | | Buy | 6/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. VERISIGN INC | | | | | Sold | 8/22 | J | | |
| 699. SYMANTEC CORP | | | | | Sold | 7/22 | J | | |
| 700. BAXTER INTL | | | | | Buy | 1/3 | J | | |
| 701. BAXTER INTL | | | | | Buy | 1/27 | J | | |
| 702. BAXTER INTL | | | | | Buy | 2/28 | J | | |
| 703. BAXTER INTL | | | | | Sold | 4/21 | K | | |
| 704. TYCO INTL LTD | | | | | Buy | 2/28 | J | | |
| 705. TYCO INTL LTD | | | | | Buy | 5/6 | J | | |
| 706. TYCO INTL LTD | | | | | Part Sale | 10/21 | J | | |
| 707. ALLSTATE | | | | | Buy | 3/21 | K | | |
| 708. ALLSTATE | | | | | Sold | 4/3 | K | | |
| 709. EBAY INC | | | | | Buy | 2/7 | J | | |
| 710. PRINCIPAL FINANCIAL GROUP | | | | | Buy | 5/25 | K | | |
| 711. LEHMAN BROS HLDGS | | | | | Buy | 6/20 | J | | |
| 712. FEFDERATED DEPT STORES | | | | | Buy | 6/29 | J | | |
| 713. FEDERATED DEPT STORES | | | | | Buy | 7/8 | J | | |
| 714. NETWORK APPLIANCE INC | | | | | Buy | 7/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. NETWORK APPLIANCE INC | | | | | Sold | 11/16 | K | | |
| 716. LOWES COS INC | | | | | Buy | 7/20 | J | | |
| 717. PROCTER & GAMBLE | | | | | Buy | 7/26 | J | | |
| 718. PROCTER & GAMBLE | | | | | Buy | 8/19 | J | | |
| 719. PROCTER & GAMBLE | | | | | Buy | 8/26 | J | | |
| 720. GENWORTH FINANCIAL INC | | | | | Buy | 7/27 | J | | |
| 721. NORTHROP GRUMMAN | | | | | Buy | 8/1 | J | | |
| 722. ALTRIA GROUP | | | | | Buy | 9/1 | J | | |
| 723. ALTRIA GROUP | | | | | Buy | 11/29 | J | | |
| 724. DOLLAR TREE STORES | | | | | Buy | 9/13 | J | | |
| 725. DOLLAR TREE STORES | | | | | Buy | 12/7 | J | | |
| 726. DOVER CORP | | | | | Buy | 9/13 | J | | |
| 727. EXPEDITORS INTL WASHINGTON | | | | | Buy | 9/13 | J | | |
| 728. EXPEDITORS INTL WASHINGTON | | | | | Part Sale | 11/7 | J | A | |
| 729. EXPEDITORS INTL WASHINGTON | | | | | Part Sale | 11/16 | J | | |
| 730. FACTSET RESEARCH SYSTEMS | | | | | Buy | 9/13 | J | | |
| 731. FEDERATED INVESTORES | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. BJS WHOLESALE CLUB | | | | | Buy | 9/13 | J | | |
| 733. BJS WHOLESALE CLUB | | | | | Sold | 12/12 | J | | |
| 734. COTT CORP QUE | | | | | Buy | 9/13 | J | | |
| 735. COTT CORP QUE | | | | | Part Sale | 11/22 | J | | |
| 736. DICK'S SPORTING GOODS | | | | | Buy | 9/13 | J | | |
| 737. ALLEGHENY TECHNOLOGIES INC | | | | | Buy | 9/13 | J | | |
| 738. GENTEX CORP | | | | | Buy | 9/13 | J | | |
| 739. GENTEX CORP | | | | | Part Sale | 11/2 | J | | |
| 740. GRAINGER WW INC | | | | | Buy | 9/13 | J | | |
| 741. GOODRICH CORP | | | | | Buy | 9/13 | J | | |
| 742. AFFYMETRIX INC | | | | | Buy | 9/13 | J | | |
| 743. AFFYMETRIX INC | | | | | Sold | 10/11 | J | | |
| 744. CELGENE CORP | | | | | Buy | 9/13 | J | | |
| 745. CELGENE CORP | | | | | Part Sale | 11/16 | J | | |
| 746. COGNOS INC | | | | | Buy | 9/13 | J | | |
| 747. COMMUNITY HEALTH SYSTEMS | | | | | Buy | 9/13 | J | | |
| 748. COOPER COS INC | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. COOPER COS INC | | | | | Sold | 11/28 | J | | |
| 750. BARD C R INC | | | | | Buy | 9/13 | J | | |
| 751. BRINKER INTL INC | | | | | Buy | 9/13 | J | | |
| 752. BRINKER INTL INC | | | | | Buy | 9/23 | J | | |
| 753. CDW CORP | | | | | Buy | 9/13 | J | | |
| 754. ASSOCIATED BANC CORP | | | | | Buy | 9/13 | J | | |
| 755. FISHER SCIENTIFIC INTL | | | | | Buy | 9/13 | J | | |
| 756. FISHER SCIENTIFIC INTL | | | | | Part Sale | 12/20 | J | | |
| 757. GALLAGHER ARTHUR J & CO | | | | | Buy | 9/13 | J | | |
| 758. KINETIC CONCEPTS | | | | | Buy | 9/13 | J | | |
| 759. KINETIC CONCEPTS | | | | | Buy | 9/20 | J | | |
| 760. KINETIC CONCEPTS | | | | | Buy | 10/24 | J | | |
| 761. KINETIC CONCEPTS | | | | | Buy | 11/2 | J | | |
| 762. LAMAR ADVERTISING CO | | | | | Buy | 9/13 | J | | |
| 763. TELEPHONE & DATA SYSTEMS | | | | | Buy | 9/13 | J | | |
| 764. INVITROGEN CORP | | | | | Buy | 9/13 | J | | |
| 765. MILLER HERMAN INC | | | | | Buy | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. MANPOWER INC | | | | | Buy | 9/13 | J | | |
| 767. UNITED STATES CELLULAR | | | | | Buy | 9/13 | J | | |
| 768. PACTIV CORP | | | | | Buy | 9/13 | J | | |
| 769. PROTECTIVE LIFE CORP | | | | | Buy | 9/13 | J | | |
| 770. S&P MID-CAP DEP RECPT | | | | | Buy | 9/13 | J | | |
| 771. S&P MID-CAP DEP RECPT | | | | | Part Sale | 12/29 | J | | |
| 772. SEI INVESTMENTS CO | | | | | Buy | 9/13 | J | | |
| 773. SOUTH FINANCIAL GROUP | | | | | Buy | 9/13 | J | | |
| 774. MICROCHIP TECHNOLOGY | | | | | Buy | 9/13 | J | | |
| 775. SCRIPPS E W CO | | | | | Buy | 9/13 | J | | |
| 776. VULCAN MATERIALS CO | | | | | Buy | 9/13 | J | | |
| 777. PETCO ANIMAL SUPPLIES | | | | | Buy | 9/13 | J | | |
| 778. THOMAS & BETTS | | | | | Buy | 9/13 | J | | |
| 779. TIFFANY & CO | | | | | Buy | 9/13 | J | | |
| 780. WEATHERFORD INTL LTD | | | | | Buy | 9/13 | J | | |
| 781. JOY GLOBAL INC | | | | | Buy | 9/13 | J | | |
| 782. JOY GLOBAL INC | | | | | Part Sale | 10/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. JOY GLOBAL INC | | | | | Part Sale | 12/21 | J | | |
| 784. RALCORP HOLDINGS INC | | | | | Buy | 9/13 | J | | |
| 785. AVERY DENNISON CORP | | | | | Buy | 9/13 | J | | |
| 786. DUN & BRADSTREET | | | | | Buy | 10/27 | J | | |
| 787. DUN & BRADSTREET | | | | | Buy | 11/2 | J | | |
| 788. ACE LTD ORD | | | | | Buy | 10/31 | J | | |
| 789. ACE LTD ORD | | | | | Buy | 11/17 | J | | |
| 790. ZEBRA TECHNOLOGIES | | | | | Buy | 11/10 | J | | |
| 791. ANNTAYLOR STORES | | | | | Buy | 11/22 | J | | |
| 792. AMGEN INC | | | | | Buy | 11/29 | J | | |
| 793. FIRST DATA CORP | | | | | Buy | 12/8 | J | | |
| 794. NOBLE ENERGY INC | | | | | Buy | 9/13 | J | | |
| 795. NOBLE ENERGY INC | | | | | Buy | 12/16 | J | | |
| 796. | | | | | | | | | |
| 797. BONDS/MUTUAL FUNDS | | | | | | | | | |
| 798. CHESTERFIELD CNTY VA 1/1/05 | | | | | Mature | 1/1 | L | | |
| 799. RICHMOND VA 1/15/07 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. VA ST PUB BLDG AUTH 8/1/14 5.0% | | | | | | | | | |
| 801. PORTSMOUTH VA 4.0% 6/1/06 | | | | | | | | | |
| 802. VIRGINIA CMMWLTH UNIV 5% 5/1/15 | | | | | | | | | |
| 803. NEWPORT NEWS VA 5% 7/15/15 | | | | | | | | | |
| 804. NORFOLK VA 5% 7/1/05 | | | | | Mature | 7/1 | L | | |
| 805. OLD WESTBURY FDS INC | | | | | Buy | 2/17 | K | | |
| 806. OLD WESTBURY FDS INC | | | | | Buy | 8/19 | M | | |
| 807. | | | | | | | | | |
| 808. AGGREGATE-SEE NOTE PART VIII | | None | O | T | | | | | |
| 809. | | | | | | | | | |
| 810. | | | | | | | | | |
| 811. | | | | | | | | | |
| 812. | | | | | | | | | |
| 813. | | | | | | | | | |
| 814. | | | | | | | | | |
| 815. | | | | | | | | | |
| 816. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. COMMON STOCKS | | | | | | | | | |
| 818. REGIONS FINANCIAL CORP | | | | | | | | | |
| 819. DOW CHEMICAL | | | | | | | | | |
| 820. UNILEVER NEW YORK SHS NEW | | | | | | | | | |
| 821. INGERSOLL RAND | | | | | | | | | |
| 822. 3M CO | | | | | Buy | 3/14 | J | | |
| 823. INTEL | | | | | | | | | |
| 824. NESTLE | | | | | | | | | |
| 825. RPM INC. OHIO | | | | | | | | | |
| 826. GANNETT INC. | | | | | | | | | |
| 827. EMERSON ELECTRIC | | | | | | | | | |
| 828. UNITED PARCEL SVC | | | | | | | | | |
| 829. ILLINOIS TOOL WORKS | | | | | | | | | |
| 830. SCHLUMBERGER LTD. | | | | | | | | | |
| 831. AUTOMATIC DATA PROCESSING INC | | | | | | | | | |
| 832. MICROSOFT CORP | | | | | | | | | |
| 833. WALT DISNEY CO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. ANHEUSER BUSCH COS | | | | | Buy | 3/14 | J | | |
| 835. INTUIT | | | | | Sold | 3/16 | J | | |
| 836. GENERAL MILLS | | | | | Buy | 3/14 | K | | |
| 837. NIKE INC | | | | | Buy | 11/22 | K | | |
| 838. DELL INC | | | | | Buy | 11/22 | K | | |
| 839. CISCO SYSTEMS | | | | | Buy | 11/22 | K | | |
| 840. SPRINT NEXTEL CORP | | | | | Buy | 11/22 | K | | |
| 841. | | | | | | | | | |
| 842. MUNICIPAL BONDS | | | | | | | | | |
| 843. GADSDEN, ALA 6.9% 7/1/07 | | | | | Part Call | 7/1 | J | | |
| 844. MOBILE ALA 10.875% 11/1/07 | | | | | Part Call | 11/1 | K | | |
| 845. BALTIMORE MD PORT FACS 6.5% 12/1/10 | | | | | | | | | |
| 846. HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 847. STOUGHTON WISC AREA SCHOOL 4.625% 4/1/13 | | | | | | | | | |
| 848. N.E. MD WASTE DISP AUTH 7.2% 1/1/05 | | | | | Mature | 1/1 | K | | |
| 849. HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 850. MD ST HEALTH & HIGHER 6.0% 7/1/39 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. BALTIMORE CNTY MD 4.75% 7/1/15 | | | | | | | | | |
| 852. MONTGOMERY AL SPL CARE FACS 3.47% 12/1/30 | | | | | Buy | 11/23 | M | | |
| 853. FEDERAL HOME LOAN BANK 4.125% 4/12/07 | | | | | Buy | 11/21 | M | | |
| 854. | | | | | | | | | |
| 855. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 856. MERCANTILE GOVT MM | | | | | | | | | |
| 857. MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | | | | | |
| 858. VANGUARD TOTAL INTL STOCK INDEX FND | | | | | Buy | 6/24 | L | | |
| 859. VANGUARD INDEX TR SMALL CAP STOCK FND | | | | | Buy | 6/24 | K | | |
| 860. | | | | | | | | | |
| 861. AGGREGATE-SEE NOTE PART VIII | | None | O | T | | | | | |
| 862. | | | | | | | | | |
| 863. | | | | | | | | | |
| 864. | | | | | | | | | |
| 865. | | | | | | | | | |
| 866. | | | | | | | | | |
| 867. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. FEDERATED PRIME OBLIGATIONS FDSS | | | | | Name Change | | | | TO BLACKROCK MM FUNDS |
| 869. BLACKROCK MM FUNDS | | | | | | | | | |
| 870. FED FARM CR BK 4.5% 9/1/10 | | | | | | | | | |
| 871. FED HOME LN BK 3.2% 3/3/08 | | | | | | | | | |
| 872. FED FARM CR BK 3.65% 6/2/08 | | | | | | | | | |
| 873. FED HOME LN BK 5.125% 2/7/13 | | | | | | | | | |
| 874. FED HOME LN BK 4.29% 12/23/09 | | | | | | | | | |
| 875. FED HOME LN BK 4.65% 4/21/08 | | | | | Buy | 6/28 | J | | |
| 876. FED HOME LN BK 4% 9/29/08 | | | | | Buy | 5/11 | K | | |
| 877. | | | | | | | | | |
| 878. COMMON STOCKS | | | | | | | | | |
| 879. CINTAS CORP | | | | | Sold | 4/28 | K | | |
| 880. GOLDEN WEST FIN CORP | | | | | Part Sale | 9/27 | J | B | |
| 881. HEALTH MGMT ASSOC INC NEW | | | | | | | | | |
| 882. IDEXX CORP | | | | | Part Sale | 11/2 | J | D | |
| 883. KIMCO REALTY CORP | | | | | Part Sale | 11/2 | J | D | |
| 884. WRIGLEY WM JR CO | | | | | Part Sale | 10/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. ABBOTT LABS | | | | | Sold | 12/2 | J | | |
| 886. BEMIS INC | | | | | Sold | 7/20 | J | B | |
| 887. MCCORMICK & CO | | | | | | | | | |
| 888. VALSPAR CORP | | | | | Part Sale | 10/12 | J | | |
| 889. AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 890. VORNADO RLTY TR | | | | | Part Sale | 10/12 | J | C | |
| 891. EXPEDITORS INTL WASH INC | | | | | Part Sale | 10/12 | J | C | |
| 892. EXPEDITORS INTL WASH INC | | | | | Part Sale | 11/2 | J | D | |
| 893. FAIR ISAAC & CO | | | | | | | | | |
| 894. LOWES COS INC | | | | | | | | | |
| 895. KOHLS CORP | | | | | Sold | 5/26 | J | | |
| 896. MICROSOFT CORP | | | | | | | | | |
| 897. MICROCHIP TECHNOLOGY INC | | | | | | | | | |
| 898. OMNICOM GROUP INC | | | | | | | | | |
| 899. WALGREEN CO | | | | | | | | | |
| 900. 3M CO | | | | | | | | | |
| 901. AUTOZONE INC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. EMERSON ELEC CO | | | | | | | | | |
| 903. BP PLC SPSD ADR | | | | | | | | | |
| 904. FISERV INC | | | | | | | | | |
| 905. ZIMMER HOLDINGS INC COM | | | | | Part Sale | 10/12 | J | A | |
| 906. MAXIM INTEGRATED PRODS INC | | | | | Sold | 4/28 | J | A | |
| 907. AFFILIATED COMPUTER SVCS INC | | | | | | | | | |
| 908. RPM INTL INC | | | | | | | | | |
| 909. GRACO INC | | | | | | | | | |
| 910. MARSHALL & ILSLEY CORP | | | | | | | | | |
| 911. STRYKER CORP | | | | | | | | | |
| 912. WHOLE FOODS MKT | | | | | | | | | |
| 913. BECTON DICKENSON & CO | | | | | | | | | |
| 914. CLARCOR INC | | | | | Buy | 7/20 | J | | |
| 915. C H ROBINSON WORLDWIDE INC | | | | | Buy | 10/21 | J | | |
| 916. AFLAC INC | | | | | Buy | 11/2 | K | | |
| 917. ADOBE SYSTEMS INC | | | | | Buy | 11/2 | K | | |
| 918. STERICYCLE INC | | | | | Buy | 12/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | | | | | |
| 920. REAL ESTATE | | | | | | | | | |
| 921. | | | | | | | | | |
| 922. | | | | | | | | | |
| 923. AGGREGATE FOR @ OF 4 TRUSTS-SEE NOTE PART VIII | E | Rent/Int/Div | J | T | | | | | |
| 924. | | | | | | | | | |
| 925. | | | | | | | | | |
| 926. | | | | | | | | | |
| 927. | | | | | | | | | |
| 928. | | | | | | | | | |
| 929. | | | | | | | | | |
| 930. | | | | | | | | | |
| 931. | | | | | | | | | |
| 932. | | | | | | | | | |
| 933. | | | | | | | | | |
| 934. | | | | | | | | | |
| 935. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. COMMON STOCKS | | | | | | | | | |
| 937. BP AMOCO | | | | | | | | | |
| 938. ABBOTT LABS | | | | | Sold | 12/2 | J | | |
| 939. AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 940. BEMIS INC | | | | | Sold | 7/20 | J | A | |
| 941. CINTAS CORP | | | | | Sold | 4/28 | J | | |
| 942. EXPEDITORS INTL WASH INC | | | | | Part Sale | 10/12 | J | A | |
| 943. EXPEDITORS INTL WASH INC | | | | | Part Sale | 11/2 | J | A | |
| 944. GOLDEN WEST FIN CORP | | | | | | | | | |
| 945. HEALTH MGMT ASSOC | | | | | | | | | |
| 946. IDEXX CORP | | | | | Part Sale | 11/2 | J | B | |
| 947. KIMCO REALTY CORP | | | | | Part Sale | 11/2 | J | B | |
| 948. MCCORMICK & CO | | | | | | | | | |
| 949. MICROSOFT CORP | | | | | | | | | |
| 950. VALSPAR CORP | | | | | Parat Sale | 10/12 | J | | |
| 951. VORNADO RLTY TRST | | | | | Part Sale | 10/12 | J | A | |
| 952. WRIGLEY WM JR CO | | | | | Part Sale | 10/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. EMERSON ELEC CO | | | | | | | | | |
| 954. 3M CO | | | | | | | | | |
| 955. ZIMMER HOLDINGS INC | | | | | | | | | |
| 956. AFFILIATED COMPUTER SVCS INC | | | | | | | | | |
| 957. BECTON DICKINSON & CO | | | | | | | | | |
| 958. GRACO INC | | | | | | | | | |
| 959. MARSHALL & ILSLEY CORP | | | | | | | | | |
| 960. RPM INC OHIO | | | | | | | | | |
| 961. STRYKER CORP | | | | | | | | | |
| 962. WHOLE FOODS MKT | | | | | | | | | |
| 963. CLARCOR INC | | | | | Buy | 7/20 | J | | |
| 964. C H ROBINSON WORLDWIDE INC | | | | | Buy | 10/21 | J | | |
| 965. AFLAC INC | | | | | Buy | 11/2 | J | | |
| 966. ADOBE SYSTEMS INC | | | | | Buy | 11/2 | J | | |
| 967. STERICYCLE INC | | | | | Buy | 12/2 | J | | |
| 968. RIGGS MONEY MKT | | | | | Name Change | | | | TO BLACKROCK MM FUNDS |
| 969. FED FARM CR BK 3.65% 6/2/08 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. FED HOME LN BK 5.125% 2/7/13 | | | | | | | | | |
| 971. FED HOME LN BK 3.785% 11/21/08 | | | | | Buy | 10/24 | J | | |
| 972. | | | | | | | | | |
| 973. | | | | | | | | | |
| 974. AGGREGATE--SEE NOTE PART VIII | C | int/div | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

RPTD

| | ASSESS | % FMV | VALUE | % OWNED | VALUE |
|---|---|---|---|---|---|
| PART VII: PAGE 7, LINE 61 & PAGE 15, LINE 192 | 33,000 | 50 | 66,600 | 50 | 33,300 |

SEE ATTACHMENTS FOR NOTES TO AGGREGATE TRUST VALUES

SEE ATTACHMENT FOR LOCATION OF TRUSTEES

ADDRESSES OF TRUSTEES:



C/O LOUIS F. OBERDORFER
U.S. COURTHOUSE, ROOM 2309
WASHINGTON, D.C. 20001

NOTE TO AGGREGATES:
FACTOR FROM FEDERAL REG. 20.2031-7 AND REV RUL 89-127 TO VALUE OF SECURITIES UNDER METHOD T APPLIES TO ALL TRUSTS LISTED IN PART VII.

PAGE 8 TRUST #1
VALUATION BASED ON LIFETIME INCOME INTEREST IN TRUST OF PERSON REPORTING

PAGE 16 TRUST #2
VALUATION BASED ON LIFETIME INCOME INTEREST OF ████ IN TRUST

PAGE 26 TRUST #3

PAGE 36 TRUST #4

PAGE 38 TRUST #5

PAGE 41 TRUST #6

PAGE 52 TRUST #7

THE INCOME OF EACH OF TRUSTS #3 THROUGH #7 WILL BE PAID TO ████ OR ACCUMULATED AS DETERMINED BY AN ADVISORY COMMITTEE CONSISTING OF ████████████. IN ADDITION ████ HAS LIMITED TESTAMENTARY POWER OF APPOINTMENT OVER THE REMAINDER. ████ HAS NO OTHER INTEREST IN THESE TRUSTS.

LOUIS F. OBERDORFER IS CO-TRUSTEE FOR THE FOLLOWING TRUSTS OVER WHICH HE HAS INVESTMENT AUTHORITY, BUT NO BENEFICIAL INTEREST. SINCE THE BENEFICIAL INTEREST IS NONEXISTENT, THE INDICATED VALUE IS J:

PAGE 55 ████ TRUSTS ████████████
TRUSTS #8 THROUGH #11

PAGE 59 TRUST U/A 6/24/94 ████████ AS OF MARCH 1996, UPON THE DEATH ████████ TRUST ████████ PERSON REPORTING. TRUST #12

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date_____ May 25, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544